# UNITED STATES DISTRICT COURT
## Northern District of Florida
### Pensacola Division

JEFF SIREN AND SIDNEY SIREN
    Plaintiffs,

CA Number: 3:18-cv-1339-RV-GRJ

v.

OCWEN LOAN SERVICING, LLC,    Jury Demanded
    Defendant

_____/

### Notice of Settlement

The parties inform the Court that they have settled the claims in this litigation and will provide a stipulation of dismissal upon execution of final settlement documents.

Date: November 2, 2018

By:   */s/ Chris R. Miltenberger*
      Chris R. Miltenberger

**The Law Office of Chris R. Miltenberger, PLLC**

1340 N. White Chapel, Suite 100
Southlake, Texas 76092-4322
chris@crmlawpractice.com
817-416-5060 (office)

**Attorney for Plaintiffs**

       -and-

Date: November 2, 2018      By:   */s/ Aliza Malouf  w/permission*
                                              Aliza Malouf

                                              Hunton Andrews Kurth LLP
                                              Fountain Place
                                              1445 Ross Avenue, Suite 3700
                                              Dallas, TX 75202
                                              amalouf@HuntonAK.com
                                              214.979.8229

                                              **Attorney for Defendant**

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on November 2, 2018 a true and correct copy of the above was filed with the Court via the electronic filing system.

                                  By:   */s/ Chris R. Miltenberger*
                                                       Chris R. Miltenberger